No. **CR 07 00522**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -8 P 2: 25

*SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

vs.

SEALED BY ORDER
OF THE COURT

JORGE MARTINEZ
a/k/a "HUERO"

# INDICTMENT

<u>Count One</u>: Title 21, United States Code, Section 846 and 841(b)(1)(B)(viii)- Conspiracy to Distribute of Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

*Filed in open court this* ___8___ *day of* __Aug__

*A.D. 2007*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail.* $ __No bail arrest warrant__

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -8 P 2: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00522 PMW RS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| v. ) | |
| JORGE MARTINEZ, ) a/k/a "HUERO", ) | SAN JOSE VENUE |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about and between October 1, 2006, and October 5, 2006, in the Northern District of California, the defendant,

JORGE MARTINEZ,
a/k/a "HUERO",

did knowingly and intentionally conspire with another person unknown to the Grand Jury to

**INDICTMENT**

1  distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts,
2  isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections
3  846 and 841(b)(1)(B)(viii).
4  <u>COUNT TWO:</u>  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
5      On or about October 5, 2006, in the Northern District of California, the defendant,

JORGE MARTINEZ,
a/k/a "HUERO",

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

TRUE BILL.

DATED: Aug. 8, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
                      AUSA O'Connell

INDICTMENT                                  2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -8 P 2:25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

DEFENDANT - U.S.
▶ JORGE MARTINEZ a/k/a "HUERO"

DISTRICT COURT NUMBER
CR 07 00522 RMW

SEALED BY ORDER OF THE COURT

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    } SHOW DOCKET NO.
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   THOMAS M. O'CONNELL

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
JORGE MARTINEZ a/k/a "HUERO"

**ATTACHMENT TO PENALTY SHEET**

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii)- Conspiracy to Distribute of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(B)(viii)- Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment