FILED

SEALED BY ORDER
OF THE COURT

2001 AUG -8 P 2: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07 00522 RMW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER OF THE COURT SEALING** |
| | ) | **INDICTMENT AND ARREST WARRANT** |
| JORGE MARTINEZ, | ) | |
| a/k/a "HUERO", | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Based on the motion of the Government, the further investigation contemplated by the Bureau of

Alcohol, Tobacco, Firearms and Explosives, the need to ensure the safety of law enforcement

agents, and the fact that the defendants are out of custody and unaware of the pending indictment

and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the

//

**SEALING ORDER**

1  above-entitled case be sealed until further order of the court.

2

3  **IT IS SO ORDERED.**

4

5  DATED: _____8/8/07_____

6

7                                    _____

                                     HOWARD R. LLOYD

8                                    United States Magistrate Judge

                                     Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SEALING ORDER**                            2