# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00522 RMW

**TITLE:** UNITED STATES OF AMERICA    -V- JORGE MARTINEZ

    **APPEARANCES:**        Present, in custody
    **INTERPRETER:**        Spanish - L. Arce
    PROBATION:

**PLTF:** AUSA: T. O'CONNELL        **DEFT:** AL MORALES

**COURT ACTION:** STATUS HEARING

**Hearing Held.    Status Hearing Continued to 10/9/07 at 9:00 a.m.    Time Excluded from 8/27/07 through 10/9/07 for effective defense preparation.    Government to prepare order.**

                                /s/ Corinne Lew
                            **Corinne Lew**
                            **Courtroom Deputy**