SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

RECEIVED
2007 SEP 25 PM 12: 07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
OCT - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE MARTINEZ,<br><br>    Defendants. | No. CR 07-00522 RMW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

    On August 28, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from August 28, 2007, until October 9, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from August 28, 2007 to October 9, 2007 at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

STIPULATION AND [~~PROPOSED~~] ORDER
No. 07-00522 RMW                          1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS<br>United States Attorney |
| 2 | | |
| 3 | DATED: | /s/<br>THOMAS M. O'CONNELL<br>Assistant United States Attorney |
| 4 | | |
| 5 | | |
| 6 | DATED: | /s/<br>ALFREDO MORALES<br>Counsel for MARTINEZ |
| 7 | | |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from to August 28, 2007 to October 9, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 10/4/07

RONALD M. WHYTE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 07-00522 RMW                                 2