***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Summer Clanton

**DATE:** October 9, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00522-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JORGE MARTINEZ
         **APPEARANCES:**                 (P) (C)

**PLTF:** AUSA: T. O'Connell   **DEFT:** A. Morales
         **INTERPRETER:**              A. Negro

**COURT ACTION: STATUS HEARING**

**Hearing Held. Parties are engaging in settlement negotiations and need additional time to workout a resolution. The Court continued this matter to 11/5/07 @ 10:30 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 11/5/07. Government to prepare exclusion order.**

                               */s/ Jackie Garcia*
                                 **JACKIE GARCIA**
                                **Courtroom Deputy**