***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** November 5, 2007     **TIME:** 11:00 am

**CRIMINAL NO.:** CR-07-00522-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JORGE MARTINEZ
         APPEARANCES:                              (P) (C)

**PLTF:** AUSA: T. O'Connell     **DEFT:** A. Morales

**COURT ACTION: DISPOSITION**

Hearing Held. The defendant plead guilty to Count 2 of the Indictment. A Plea Agreement was executed in open court. The Court set a sentencing date of 1/14/08 @ 9:00 am. The defendant shall remain in custody pending sentencing. The government will seek to dismiss Count 1 of the Indictment, at the time of sentencing.

        /s/ Jackie Garcia
         **JACKIE GARCIA**
        **Courtroom Deputy**