***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00522-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JORGE MARTINEZ
       **APPEARANCES:**                    (P) (C)

**PLTF:** AUSA: T. O'Connell          **DEFT:** A. Morales
 **PROBATION OFFICER:** B. Casai          **INTERPRETER:** L. Acre

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period 60 months as to Count 2 of the Indictment. Upon release from custody, the defendant shall be placed on supervised release for a period of 4 years. The defendant shall pay to the government a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. The government moved to dismiss Count 1 of the Indictment. See Judgment for specifics.**

              /s/ Jackie Garcia
              **JACKIE GARCIA**
              **Courtroom Deputy**